UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CARLETUS WILLIAMS,

                Petitioner,                        Case Number: 2:15-CV-13951
                                                      HON. GEORGE CARAM STEEH

     v.

HEIDI WASHINGTON, ET AL.,

                Respondent.

_____/


## ORDER TRANSFERRING PETITION FOR WRIT OF HABEAS CORPUS TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Plaintiff Carletus Williams has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.

The proper venue for civil actions in which jurisdiction is not based on diversity of citizenship is the judicial district where: (1) any defendant resides if all defendants reside in the same state; (2) a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property in question is situated; or (3) any defendant may be found if there is no other district in which plaintiff may bring the action. *See* 28 U.S.C. § 1391(b). Public officials "reside" in the county where they serve. *See O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Additionally, a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses, in the interest of justice. *See* 28 U.S.C. § 1404(a).

The conduct that forms the basis for the complaint occurred at the Alger

Correctional Facility in Munising, Alger County, Michigan, and Chippewa Correctional

Facility in Kincheloe, Chippewa County, Michigan.  The defendants are located in Alger,

Chippewa, and Ingham Counties, all of which are located in the Western District of

Michigan.  *See* 28 U.S.C. § 102(b)(1)-(2).

The United States District Court for the Western District of Michigan is the proper

venue and more convenient forum for this action.  Accordingly, the Court **ORDERS** the

Clerk of the Court to transfer this case to the United States District Court for the

Western District of Michigan.  *See* 28 U.S.C. §§ 1391(b) and 1404(a).

Dated:  November 30, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 30, 2015, by electronic and/or ordinary mail and
also on Carletus Williams #206039, Chippewa Correctional
Facility, 4269 W. M-80, Kincheloe, MI 49784.

s/Barbara Radke
Deputy Clerk

---